# EXHIBIT 1

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

KARLA D. MORRIS, and
WILLIAM MORRIS

      Plaintiffs.         CASE NO.: 25-        -NO
       HON.

vs

JANE DOE (unidentified employee)
an individual, and
DELTA AIRLINES, INC.

      Defendants.

---

EDMUND O. BATTERSBY (P35660)
JOSHUA A. BOCTOR (P86762)
THE SAM BERNSTEIN LAW FIRM, PLLC
Attorney for Plaintiff
31440 Northwestern Hwy., Suite 333
Farmington Hills, MI 48334
(248) 737-8400 | (248) 737-4392 – Fax
ebattersby@sambernstein.com
jboctor@sambernstein.com

---

There is no other civil action between these parties arising out of the same transaction or occurrence as alleged in this Complaint pending in this Court, nor has any such action been previously filed and dismissed or transferred after having be assigned to a judge, nor do I know of any other civil action not between these parties, arising out of the same transaction or occurrence as alleged in this Complaint that is either pending or was previously filed and dismissed, transferred, or otherwise disposed of after having been assigned to a judge in this Court.

## COMPLAINT

NOW COME the Plaintiffs KARLA D. MORRIS and WILLIAM MORRIS, by and through their attorneys, THE SAM BERNSTEIN LAW FIRM, PLLC, by EDMUND O. BATTERSBY, and for their cause of action against Defendants, JANE DOE and DELTA

AIRLINES, INC., respectfully shows unto this Honorable Court as follows:

## COMMON ALLEGATIONS

1. That your Plaintiffs KARLA D. MORRIS and WILLIAM MORRIS are residents of the City of Detroit, County of Wayne, State of Michigan.

2. That at all times relevant hereto Defendant JANE DOE is an individual whose identity is currently unknown to the Plaintiff as Defendant DELTA AIRLINES, INC. refuses to identify said individual and/or provide any reports, witness statements, photographs or investigatory materials.

3. That at all times relevant hereto Defendant JANE DOE was an employee and/or agent of Defendant DELTA AIRLINES, INC., acting in a capacity which supported and assisted Defendant DELTA AIRLINES, INC. in furtherance of the company and its profits during Delta Flight 1332 on or about August 25, 2023 as a crewmember, flight attendant, supervisor, aircraft safety technician, baggage handler, passenger assistance consultant, and/or otherwise employee engaged in the acts of assisting, supporting and advising passengers in their usage of the aircraft and/or travels.

4. That Defendant DELTA AIRLINES, INC. is a corporation organized and existing under the laws of the State of Delaware that maintains its principal place of business in the State of Georgia, Defendant DELTA AIRLINES, INC., conducts substantial amount of its business activity on a regular and repetative basis in the County of Wayne, State of Michigan, including but not limited to transporting passengers to and from the many, various and sundry airports in the United States of America, including the Detroit Metropolitan Airport.

5. That all the acts, transactions, and occurrences arose on Delta Flight 1332 enroute to Detroit Metro Airport (DTW) from John Wayne Airport (SNA).

THE
SAM BERNSTEIN
LAW FIRM
31440 NORTHWESTERN HIGHWAY
SUITE 333
FARMINGTON HILLS,
MICHIGAN 48334-5419

1-800-225-5726
A PROFESSIONAL LIMITED
LIABILITY COMPANY

6.  That the amount in controversy in this litigation exceeds the sum of Twenty-Five Thousand ($25,000.00) Dollars exclusive of costs, interest, and attorney fees.

## COUNT I

7.  That your Plaintiff hereby incorporates by reference the Common Allegations set forth above as if set forth herein word for word, line by line and paragraph by paragraph.

8.  That on or about August 25, 2023, your Plaintiff KARLA D. MORRIS purchased a airlines ticket from Defendant DELTA AIRLINES, INC. was a properly seated and belted passenger, sitting in her assigned seat number 16C, on Delta Flight 1332, bearing aircraft registration number N554NW, enroute from John Wayne Airport (SNA) to Detroit Metro Airport (DTW) and was seated in a reasonably prudent manner, without extremities within the aisleway, in a stationary and compromising position wherein Plaintiff was unable to move freely to avoid any sudden or unexpected dangers.

9.  That at the aforementioned place and time, Defendant JANE DOE, was an employee and/or agent of Defendant DELTA AIRLINES, INC., and was acting within the scope of her respective employment, agency and authority as a crewmember, flight attendant, supervisor, aircraft safety technician, baggage handler, passenger assistance consultant, or the like, or otherwise assisting passengers when suddenly and without warning to your Plaintiff Defendant JANE DOE carelessly, negligently and recklessly lost control of and dropped a luggage bag from the overhead compartment directly onto your Plaintiff causing severe pain due to serious and permanent injuries and impairments, as hereinafter more further alleged.

10. That it then and there became and was the duty of Defendant JANE DOE to carefully and prudently load and lift luggage bags with due care and caution in accordance with the common law applicability to passengers that imposes an obligation to take reasonable action

THE
SAM BERNSTEIN
LAW FIRM

31440 NORTHWESTERN HIGHWAY
SUITE 333
FARMINGTON HILLS,
MICHIGAN 48334-5419

1-800-225-5726
A PROFESSIONAL LIMITED
LIABILITY COMPANY

3

to protect those passengers against an unreasonable risk of injuries and impairments, but that notwithstanding said duties, Defendant JANE DOE did breach and violate the same in one or more of the following particulars:

    a. Negligently failed to protect passengers including, but not limited to, your Plaintiff from unreasonable risks of harm, injuries, impairments and damages;

    b. Negligently failed to exercise such diligence as would be exercised in the circumstances by a reasonably prudent carrier including, but not limited to safely and carefully loading luggage into an overhead compartment;

    c. Negligently failed to give your Plaintiff any warning prior to losing control of and dropping luggage from the overhead compartment onto Plaintiff;

    d. Negligently failed to give your Plaintiff any warning of the hazard and/or risks associated with her seated position prior to loading luggage bag(s) in the overhead compartment directly above Plaintiff;

    e. Negligently failed to seek assistance from other employees and/or agents in the loading, maneuvering, manipulating, positioning and/or unloading of luggage bag(s) into overhead compartments so as to not create such unreasonable risk of harm to Plaintiff;

    f. Negligently failed to properly set, place and/or maneuver luggage bags within the overhead compartment to ensure such luggage bag(s) would not drop from the overhead compartment onto your Plaintiff;

    g. In otherwise negligently failing to exert that degree of care, caution, diligence and prudence as would be demonstrated by a reasonably prudent person under the same or similar circumstances and in otherwise causing the injuries, impairments and damages to your Plaintiff as herein alleged;

    h. In other manners as yet unknown to Plaintiff but which will become known during the course of discovery.

11. That Defendant DELTA AIRLINES, INC., is vicariously liable for the negligent

THE
SAM BERNSTEIN
LAW FIRM

31440 NORTHWESTERN HIGHWAY
SUITE 333
FARMINGTON HILLS,
MICHIGAN 48334-5419

1-800-225-5726

A PROFESSIONAL LIMITED
LIABILITY COMPANY

4

acts and/or omissions of its employee and/or agent Defendant JANE DOE under the common law theories of vicarious liability making employers liable for bodily injury to passengers caused by and/or resulting from the careless, reckless and grossly negligent acts and/or omission of its employee(s) acting within the course and scope of their employment.

12. That as a direct and proximate result of the careless, reckless and negligent acts and/or omissions on the part of Defendants JANE DOE and DELTA AIRLINES, INC., your Plaintiff KARLA D. MORRIS was caused to suffer severe, grievous, painful and permanent personal injuries and impairments including, but not limited to:

    a. Painful injuries and impairments to and about the entire right upper extremity and shoulder including, but not limited to, multiple internal derangement along with full-thickness tears with tendinosis of the supraspinatus tendon, thickening with fluid distention of the subacromial subdeltoid bursa due to rotator cuff tear, subacromial impingement syndrome, post-traumatic arthritis and sequelae;

    b. Any and all other manners of painful internal and external injuries to muscles, ligaments, tendons, soft tissues, nerves and the entire musculoskeletal system and sequelae;

    c. Pain, suffering, discomfort, disability, humiliation, outrage and extreme physical and emotional suffering and sequelae;

    d. Severe and continuing embarrassment, humiliation, anxiety, outrage, tension, mortification and sequelae;

    e. Loss of the normal and natural pleasures and enjoyments of life and sequelae;

    f. Aggravation of pre-existing conditions; and

    g. Loss of wages and/or earning capacity.

13. That as a direct and proximate result of the carelessly, recklessly and grossly negligent and unlawful conduct of Defendant JANE DOE your Plaintiff KARLA D. MORRIS

THE
SAM BERNSTEIN
LAW FIRM
31440 NORTHWESTERN HIGHWAY
SUITE 333
FARMINGTON HILLS,
MICHIGAN 48334-5419

1-800-225-5726
A PROFESSIONAL LIMITED
LIABILITY COMPANY

was required to undergo various and certain medical and operative procedures and therapy and will likewise suffer these damages in the future.

WHEREFORE, your Plaintiff KARLA D. MORRIS respectfully prays that this Honorable Court award her damages against Defendants JANE DOE and DELTA AIRLINES, INC., in whatever amount in excess of Twenty-Five Thousand ($25,000.00) Dollars to which she is found to be entitled to receive, together with costs, interest and attorney fees.

## COUNT II

14. That your Plaintiff hereby adopts and incorporates by reference each and every allegation contained in the Common Allegations and Count I of this Complaint as if more specifically set forth herein, word for word, line by line and paragraph by paragraph.

15. That Defendant DELTA AIRLINES, INC., was negligent in hiring, training and supervision of Defendant JANE DOE and entrusting her to conduct actions and/or operational tasks that if done improperly, carelessly, negligently and recklessly as a crewmember, flight attendant, supervisor, aircraft safety technician, baggage handler, passenger assistance consultant, or the like could cause pain, suffering, injuries and impairments to passengers.

16. That your Plaintiff KARLA D. MORRIS and Defendant JANE DOE came into contact as a direct result of Defendant JANE DOE's employment by Defendant DELTA AIRLINES, INC.

17. That your Plaintiff KARLA D. MORRIS was a business invitee as a passenger on Delta Flight 1332 and Defendant DELTA AIRLINES, INC., and its employees owed Plaintiff KARLA D. MORRIS various duties including, but not limited to:

    a. To provide reasonable safety to Plaintiff from known or reasonably foreseeable dangers;

    b. To provide reasonable care in the selection and retention and

THE
SAM BERNSTEIN
LAW FIRM

31440 NORTHWESTERN HIGHWAY
SUITE 333
FARMINGTON HILLS,
MICHIGAN 48334-5419

1-800-225-5726
A PROFESSIONAL LIMITED
LIABILITY COMPANY

6

    training of employees and/or agents, namely Defendant JANE DOE;

  c. To retain only employees who are competent to handle passenger luggage bag(s) and/or loading passenger luggage bag(s) into the overhead compartments;

  d. To only allow employees who were properly trained to handle lifting and placing passenger luggage bag(s) into overhead compartments;

  18. That Defendant DELTA AIRLINES, INC., did breach the various aforementioned duties in that it employed Defendant JANE DOE who was incompetent, careless, negligent, and recklessly injured your Plaintiff KARLA D. MORRIS.

  19. That had Defendant DELTA AIRLINES, INC., exercised reasonable care in hiring, supervising, training and retaining its employees, it would have been known that its employee and/or agent, Defendant JANE DOE, was incompetent in that she was unable to independently perform her duties without physically harming business passengers, such as your Plaintiff KARLA D. MORRIS.

  20. That the incident described herein was solely and proximately caused by the carelessness, recklessness and gross negligence of Defendant JANE DOE and the negligent hiring, retention and supervision of her by Defendant DELTA AIRLINES, INC.

  WHEREFORE, your Plaintiff KARLA D. MORRIS respectfully prays that this Honorable Court award her damages against Defendant DELTA AIRLINES, INC. in whatever amount in excess of Twenty-Five Thousand (25,000.00) Dollars to which she is found to be entitled to receive, together with costs, interest and attorney fees.

## COUNT III

  21. That your Plaintiffs hereby adopt and incorporate by reference each and every allegation contained in the Common Allegations, Count I and Count II of this Complaint as if

THE
SAM BERNSTEIN
LAW FIRM
31440 NORTHWESTERN HIGHWAY
SUITE 333
FARMINGTON HILLS,
MICHIGAN 48334-5419

1-800-225-5726
A PROFESSIONAL LIMITED
LIABILITY COMPANY

more specifically set forth herein, word for word, line by line and paragraph by paragraph.

22.     That at all times material herein this Plaintiff WILLIAM MORRIS was and is the lawful husband of Plaintiff KARLA D. MORRIS.

23.     That as a direct and proximate result of the serious and permanent injuries, impairments and damages sustained by this Plaintiff's wife, your Plaintiff WILLIAM MORRIS has been deprived of the aid, comfort and society of his wife in his hour of need and has had to care for her injuries and suffered and will continue to suffer an interference with those rights known as "consortium."

WHEREFORE, your Plaintiff WILLIAM MORRIS respectfully prays that this Honorable Court award him damages against Defendants JANE DOE and DELTA AIRLINES, INC. in whatever amount in excess of Twenty-Five Thousand (25,000.00) Dollars to which he is found to be entitled to receive, together with costs, interest and attorney fees.

Respectfully Submitted,

THE SAM BERNSTEIN LAW FIRM

_____
EDMUND O. BATTERSBY (P35660)
JOSHUA BOCTOR (P86762)
Attorneys for Plaintiff
31440 Northwestern Hwy., Suite 333
Farmington Hills, MI  48334
(248) 737-8400  |  (248) 737-4392 – Fax

Dated: August 5, 2025

THE
SAM BERNSTEIN
LAW FIRM

31440 NORTHWESTERN HIGHWAY
SUITE 333
FARMINGTON HILLS,
MICHIGAN 48334-5419

1-800-225-5726

A PROFESSIONAL LIMITED
LIABILITY COMPANY

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

KARLA D. MORRIS, and
WILLIAM MORRIS

       Plaintiffs.　　　　　　　　　　　　　　CASE NO.: 25-        -NO
　　　　　　　　　　　　　　　　　　　　　　　　　　HON.
vs

JANE DOE (unidentified employee) an individual, and
DELTA AIRLINES, INC.

       Defendants.

---

EDMUND O. BATTERSBY (P35660)
JOSHUA A. BOCTOR (P86762)
THE SAM BERNSTEIN LAW FIRM, PLLC
Attorney for Plaintiff
31440 Northwestern Hwy., Suite 333
Farmington Hills, MI 48334
(248) 737-8400 ׀ (248) 737-4392 – Fax
ebattersby@sambernstein.com
jboctor@sambernstein.com

---

# JURY DEMAND

NOW COME the Plaintiffs KARLA D. MORRIS and WILLIAM MORRIS, by and through their attorneys, THE SAM BERNSTEIN LAW FIRM, PLLC, by EDMUND O. BATTERSBY, and hereby respectfully demands a Trial by Jury in the above-entitled cause of action.

                                              Respectfully Submitted,

                                              THE SAM BERNSTEIN LAW FIRM

                                              EDMUND O. BATTERSBY (P35660)

THE SAM BERNSTEIN LAW FIRM
31440 NORTHWESTERN HIGHWAY
SUITE 333
FARMINGTON HILLS,
MICHIGAN 48334-5419
1-800-225-5726
A PROFESSIONAL LIMITED LIABILITY COMPANY

                                                    Attorney for Plaintiff
                                                    31440 Northwestern Hwy., Suite 333
                                                    Farmington Hills, MI  48334
                                                    (248) 737-8400  |  (248) 737-4392 – Fax

Dated: August 5, 2025

THE
SAM BERNSTEIN
LAW FIRM

31440 NORTHWESTERN HIGHWAY
SUITE 333
FARMINGTON HILLS,
MICHIGAN 48334-5419

1-800-225-5726

A PROFESSIONAL LIMITED
LIABILITY COMPANY

| STATE OF MICHIGAN<br>THIRD JUDICIAL CIRCUIT<br>WAYNE COUNTY | **SUMMONS** | CASE NO.<br>25-012016-NO<br>Hon. Sheila A. Gibson |
|---|---|---|

Court telephone no.: 313-224-5207

| **Plaintiff's name(s), address(es), and telephone no(s)**<br>Morris, Karla D.     et. Al | v | **Defendant's name(s), address(es), and telephone no(s).**<br>Delta Airlines, Inc. |
|---|---|---|
| **Plaintiff's attorney, bar no., address, and telephone no**<br>Edmund O. Battersby 35660<br>31440 Northwestern Hwy Ste 333<br>Farmington Hills, MI 48334-5419 | | |

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (form MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**

☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (form MC 21) listing those cases.

☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

**Civil Case**

☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035

☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).

☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in ☐ this court, ☐ _____ Court, where it was given case number _____ and assigned to Judge _____.
The action ☐ remains ☐ is no longer pending.

Summons section completed by court clerk.        **SUMMONS**

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside this state).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date<br>8/5/2025 | Expiration date*<br>11/4/2025 | Court clerk<br>Ibrahim Islam |
|---|---|---|

Cathy M. Garrett- Wayne County Clerk.

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

MC 01 (3/23)        **SUMMONS**        MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105



**SUMMONS**  Case No. : **25-012016-NO**

## PROOF OF SERVICE

**TO PROCESS SERVER:** You must serve the summons and complaint and file proof of service with the court clerk before the expiration date on the summons. If you are unable to complete service you must return this original and all copies to the court clerk.

### CERTIFICATE OF SERVICE / NONSERVICE

☐ I served ☐ personally ☐ by registered or certified mail, return receipt requested, and delivery restricted to the addressee(copy of return receipt attached) a copy of the summons and the complaint, together with the attachments listed below, on:

☐ I have attempted to serve a copy of the summons and complaint, together with the attachments listed below, and have been unable to complete service on:

| Name | Date and time of service |
|---|---|
| Place or address of service | |
| Attachments (if any) | |

☐ I am a sheriff, deputy sheriff, bailiff, appointed court officer or attorney for a party.

☐ I am a legally competent adult who is not a party or an officer of a corporate party. I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee $ | Miles traveled $ | Fee $ | | Signature |
|---|---|---|---|---|
| Incorrect address fee $ | Miles traveled $ | Fee $ | Total fee $ | Name (type or print) |

### ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of the summons and complaint, together with

_____ on _____
Attachments (if any)                                                                  Date and time

_____ on behalf of _____.

Signature
_____

MCL 600.1910, MCR 2.104, MCR 2.105

| STATE OF MICHIGAN<br>THIRD JUDICIAL CIRCUIT<br>WAYNE COUNTY | **SUMMONS** | CASE NO.<br>25-012016-NO<br>Hon. Sheila A. Gibson |
|---|---|---|

Court telephone no.: 313-224-5207

| **Plaintiff's name(s), address(es), and telephone no(s)**<br>Morris, Karla D.　et. Al | v | **Defendant's name(s), address(es), and telephone no(s).**<br>Doe, Jane |
|---|---|---|
| **Plaintiff's attorney, bar no., address, and telephone no**<br>Edmund O. Battersby 35660<br>31440 Northwestern Hwy Ste 333<br>Farmington Hills, MI 48334-5419 | | |

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (form MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**
☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.
☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (form MC 21) listing those cases.
☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

**Civil Case**
☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035
☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).
☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.
☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in ☐ this court, ☐ _____ Court, where it was given case number _____ and assigned to Judge _____.
The action ☐ remains ☐ is no longer pending.

Summons section completed by court clerk. **SUMMONS**

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside this state).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date<br>8/5/2025 | Expiration date*<br>11/4/2025 | Court clerk<br>Ibrahim Islam |
|---|---|---|

Cathy M. Garrett- Wayne County Clerk.

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

MC 01 (3/23)　　　**SUMMONS**　　　MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105



MCL 600.1910, MCR 2.104, MCR 2.105

**SUMMONS**
Case No. : **25-012016-NO**

# PROOF OF SERVICE

**TO PROCESS SERVER:** You must serve the summons and complaint and file proof of service with the court clerk before the expiration date on the summons. If you are unable to complete service you must return this original and all copies to the court clerk.

## CERTIFICATE OF SERVICE / NONSERVICE

☐ I served  ☐ personally  ☐ by registered or certified mail, return receipt requested, and delivery restricted to the addressee(copy of return receipt attached) a copy of the summons and the complaint, together with the attachments listed below, on:

☐ I have attempted to serve a copy of the summons and complaint, together with the attachments listed below, and have been unable to complete service on:

| Name | Date and time of service |
|---|---|
| Place or address of service | |
| Attachments (if any) | |

☐ I am a sheriff, deputy sheriff, bailiff, appointed court officer or attorney for a party.

☐ I am a legally competent adult who is not a party or an officer of a corporate party. I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee $ | Miles traveled $ | Fee $ | | Signature |
|---|---|---|---|---|
| Incorrect address fee $ | Miles traveled $ | Fee $ | **Total fee** $ | Name (type or print) |

## ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of the summons and complaint, together with

_____ on _____
Attachments (if any)                                                                         Date and time

_____ on behalf of _____.

Signature
_____

MCL 600.1910, MCR 2.104, MCR 2.105